Complete and Mail To:
BORRELLI & ASSOCIATES, P.L.L.C.
Attn: JACQUELINE GRAY, et al. v. MID-BRONX SENIOR CITIZENS COUNCIL, INC., et al.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
Tel: (516) 248-5550
Fax: (516) 248-6027

## CONSENT TO JOIN COLLECTIVE ACTION

I hereby consent to join the lawsuit, entitled JACQUELINE GRAY, on behalf of herself and all those similarly situated, v. MID-BRONX SENIOR CITIZENS COUNCIL, INC, et al, Docket No.: _____ brought pursuant to the Fair Labor Standards Act, the New York State Labor Law, and the New York Code of Rules and Regulations.

By signing below, I state that I am currently or was formerly employed by the Defendants at some point during the previous six years. I elect to join this case in its entirety with respect to any wage and hour-related claims asserted in the complaint filed in this matter and/or under any Federal and State law, rule or regulation.

I hereby designate Borrelli & Associates, P.L.L.C. ("Plaintiffs' Counsel") to represent me for all purposes of this action.

_Jacqueline Gray_
Signature

_Jacqueline Gray_
Full Legal Name (Print)