# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Jacqueline Gray, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-cv-7934 |
| Mid-Bronx CCRP Early Childhood Center, Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                  .

Date:   08/30/2018

/s/Alexander T. Coleman
*Attorney's signature*

Alexander T. Coleman, Esq. (AC 1717)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021
*Address*

atc@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*