# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

September 16, 2019

*Via ECF*

Hon. Judge Ona T. Wang
U.S. Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jacqueline Gray, et al v. Mid-Bronx CCRP Early Childhood Center, Inc. et al*
Index No. 18-CV-7934

Dear Hon. Judge Wang:

This office is co-counsel in our representation of Defendants Mid-Bronx CCRP Early Childhood Center, Inc., Concourse Area Housing Corp., Mid-Bronx Council Services, Inc., Mid-Bronx Senior Citizens Council, Inc., Walton Avenue Senior Housing Development Fund Company, Inc., Mid-Bronx Housing Development Fund Corporation, Eugene Smilovic Housing Development Fund Corporation, Concourse Area Housing Corporation, and Water E. Puryear, III, in this case, and we write on behalf of all parties to respectfully request an extension of the deadline to complete discovery in this case.

By way of background, Plaintiff Jacqueline Gray originally commenced this action against several of the defendant entities, alleging various violations of the Fair Labor Standards Act and New York Labor Law. On April 19, 2019, Plaintiff filed an Amended Complaint, adding her husband Darren Gray as a plaintiff in the action. In the Amended Complaint, Plaintiffs corrected the name of several of the defendant entities which had previously been incorrectly named, and added three additional entities as defendants in the case. Defendants filed an Answer to the Amended Complaint on May 9, 2019.

Over the course of the last several months, the parties have exchanged discovery demands in accordance with the Case Management Plan entered by the Court on April 4, 2019. In addition, the parties have worked cooperatively and diligently in our exchange of hundreds of documents,

including timesheets, punch cards, personnel files, pay records, and other relevant documents. In addition, multiple subpoenas were issued to third parties for records, which have been received. The parties have also exchanged multiple potential damage calculation spreadsheets, and held two mediation sessions with mediator Marc Schwartz, Esq., which were productive in nature. However, despite our good faith efforts, the parties have been unable to reach a resolution in this case. Although the parties are still discussing potential settlement, and will continue to do so in the coming weeks, we recognize that completing all outstanding discovery (certain documents have yet to be exchanged), and conducting at least nine depositions, will be very difficult given the current October 4, 2019 deadline.

Given the foregoing, the parties jointly request a 45-day extension of the deadline for completion of discovery. This is the parties' first request for an extension. If the request is granted, the new deadline for the completion of fact discovery would be November 19, 2019. Likewise, the parties respectfully request that the deadline for expert discovery be extended until December 3, 2019. If Your Honor were to grant the parties' request, no other future conference dates would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/*S/*_____
Joshua Beldner

CC:   VIA ECF
      *Counsel for all parties*