MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/27/2020

## GOLDBERG AND WEINBERGER LLP
### Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

Lewis Goldberg (N.Y., CT. & N.J.)
Stuart Weinberger (N.Y. & N.J.)

OTHER OFFICE:
REDDING, CT.

TEL: (212) 867-9595
FAX: (212) 949-1857

January 24, 2020

*Via ECF*
Hon. Judge Andrew L. Carter
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Regarding: Jacqueline Gray v. Mid-Bronx CCRP Early Childhood Center, Inc., et.al.

Civil Action No.: 18-CV-7934 (ALC)(OTW)

Dear Judge Carter:

Our firm is co-counsel in our representation of the Defendants in the above matter. The Defendants request an extension of the deadline to submit a settlement agreement and motion for court approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) from the current deadline of January 24, 2020 until January 29, 2020.

The Defendants have circulated the settlement agreement. There are eight named defendants. Unfortunately, with the multiple parties involved, the Defendants need a little more time to obtain all the signatures. The parties have worked cooperatively to finish this case.

This is the fifth request for an extension. Plaintiffs consent to the extension. No other deadlines would be affected.

Respectfully submitted,
/s/ Stuart Weinberger
Stuart Weinberger

cc: Michael Minkoff, Esq.

SW:MidBronx.L12420(CtGray)

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

1/27/2020