USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 2/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

**JACQUELINE GRAY,** *on behalf of herself, individually, and on behalf of all others similarly situated,* and **DARREN GRAY,**

                                         **Plaintiffs,**

                                         -against-

**MID-BRONX CCRP EARLY
CHILDHOOD CENTER, INC., ET AL.,**

                                         **Defendants.**

---------------------------------------------------------- X

1:18-cv-07934 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties' settlement agreement and accompanying memorandum of law requesting approval of the settlement agreement. ECF No. 21. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:   February 3, 2020
              New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**